479 A.2d 1111

Cramsey, Appellant, v. Abruzzi.

Submitted March 28, 1984.   Daniel K. McCarthy, for appellant;  Stephen C. Richman, for appellees.

Before BROSKY, WIEAND and McEWEN, JJ.

Order affirmed.

WIEAND, J., did not participate in the consideration or decision of this appeal.

481 A.2d 362

Deal, Appellants, v. Gallagher.
Reargument Denied Sept. 4, 1984.

Argued May 12, 1983.   Earl W. Trent, Jr., for appellants;  Richard G. Freeman, for Gallagher, appellees;  Joseph A. Cash, Jr., for Rizzo, appellees.

Before WICKERSHAM, WATKINS and MONTGOMERY, JJ.

Order affirmed.